**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

November 10, 2020

MEMORANDUM TO COUNSEL

Re:   *United States v. Lakeya Aldridge*
      <u>Criminal No. CCB-19-0371</u>

Dear Counsel:

In response to an inquiry from counsel, this is to confirm that the sentencing for Lakeya Aldridge has been postponed. Her case remains assigned to me at this time. A status report is due in this case on November 13, 2020.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge